John A. Snow
VAN COTT, BAGLEY, CORNWALL & MCCARTHY
Nevada Bar No. 4133
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
Telephone number: (702) 436-0008
jsnow@vancott.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **INTERIM CAPITAL, LLC,** | Case No.:  2:09-cv-01606-KJD-LRL |
| Plaintiff, | |
| vs. | |
| **THE HERR LAW GROUP, LTD.,** a Nevada limited liability company; **DAVID C. AMESBURY, INC.;** a Nevada corporation, **ALLISON L. HERR,** an individual, **TRUDE I. MCMAHAN,** an individual; **VICTORIA ALANO VILLEGAS,** an individual; **DAVID CLYDE AMESBURY,** an individual; and **DAVID CLYDE AMESBURY and VICTORIA ALANO VILLEGAS, as Trustees of the AMESBURY/VILLEGAS TRUST U/A/D FEBRUARY 7, 2000,** | **NOTICE OF REMOVING COUNSEL FROM SERVICE LIST** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that John A. Snow, VanCott, Bagley, Cornwall & McCarthy be removed from the service list in the above-referenced matter.

022 :422079v1

DATED this 1st day of March, 2011.

        VANCOTT BAGLEY CORNWALL & MCCARTHY

        _____/s/ John A. Snow_____
        John A. Snow

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____3-14-11_____

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

mstein@swlaw.com
kdove@swlaw.com
ljohnson@swlaw.com
jeffrey@jeffreycogan.com

VANCOTT BAGLEY CORNWALL & MCCARTHY

_____/s/ John A. Snow_____
John A. Snow

4817-2078-3368, v. 1