# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERIM CAPITAL, LLC, <br><br>       Plaintiff, <br><br> v. <br><br> THE HERR LAW GROUP, LTD., <br><br>       Defendant. | Case No. 2:09-CV-01606-KJD-LRL <br><br> **ORDER** |

On August 23, 2011, the Court granted (#85) Plaintiff's Motion for Summary Judgment (#61). The Court ordered Plaintiff to file a proposed form of judgment. However, Plaintiff has made no proceeding of record since then.

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a proposed form of judgment no later than October 18, 2011.

DATED this 5th day of October 2011.

_____
Kent J. Dawson
United States District Judge