**THE COOPER CASTLE LAW FIRM, LLP**
5275 S. Durango Dr. Las Vegas, Nevada 89113
Telephone: 702. 435.4175 § Facsimile: 702. 877.7424

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIM CAPITAL, LLC, a Florida limited liability company,<br><br>    Plaintiff,<br>    v.<br><br>THE HERR LAW GROUP, LTD., a Nevada Limited Liability Company; DAVID C. AMESBURY, INC., a Nevada corporation; ALLISON L. HERR, an individual; TRUDE I. MCMAHAN, an individual; VICTORIA ALANO VILLEGAS, an individual; and DAVID CLYDE AMESBURY and VICTORIA ALANO VILLEGAS, as Trustee of the AMESBURY/VILLEGAS TRUST U/A/D FEBRUARY 7, 2000,<br><br>    Defendants. | Case No. 2:09-cv-01606-KJD-LRL<br><br>**ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES [DOC 91] AND MOTION FOR COSTS [DOC 92]**<br><br>**[FIRST REQUEST]** |

Upon review of the Ex Parte Application and Good Cause Appearing, it is hereby Ordered as follows:

Defendants, David C. Amesbury, Inc., David Clyde Amesbury, David Clyde Amesbury as Trustee of the Amesbury/Villegas Trust U/A/D February 7, 2000, Victoria Alano Villegas an individual and as Trustee for Amesbury/Villegas Trust U/A/D February 7, 2000, and 703 South Eighth Street, LLC, Ex Parte Application for an Order to Extend Time to File An

Opposition to Plaintiff's Motion for Attorneys Fees [Doc 91] and Motion for Costs [Doc 92] is hereby Granted.

Defendants, David C. Amesbury, Inc., David Clyde Amesbury, David Clyde Amesbury as Trustee of the Amesbury/Villegas Trust U/A/D February 7, 2000, Victoria Alano Villegas an individual and as Trustee for Amesbury/Villegas Trust U/A/D February 7, 2000, and 703 South Eighth Street, LLC's, Opposition to Plaintiff's Motion for Attorneys Fees [Doc 91] and Motion for Costs [Doc 92] is due on or before December 12, 2011.

**IT IS SO ORDERED** this ___11___ day of ___Nov___, 2011.

_____
DISTRICT COURT JUDGE

THE COOPER CASTLE LAW FIRM, LLP
5275 S. Durango Dr. Las Vegas, Nevada 89113
Telephone: 702.435.4175 § Facsimile: 702.877.7424