LANCE W. JOHNS, ESQ.
Nevada Bar No. 7390
JOHNS & ASSOCIATES
516 S. 6th Street, Suite 100
Las Vegas, Nevada 89101
(702) 550-4000

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIM CAPITAL LLC, a Florida limited liability company, | Case No.: 2:09-cv-01606-KJD-VCF |
| Plaintiff, | |
| vs. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| THE HERR LAW GROUP, LTD., a Nevada limited liability company; DAVID C. AMESBURY, INC., a Nevada corporation; ALLISON L. HERR, an individual; TRUDE E. MCMAHAN, an individual; VICTORIA ALANO VILLEGAS, an individual; DAVID CLYDE AMESBURY, an individual; and DAVID CLYDE AMESBURY and VICTORIA ALANO VILLEGAS, as Trustees of the AMESBURY/VILLEGAS TRUST U/A/D FEBRUARY 7, 2000, | |
| Defendants. | |

Notice is hereby given, subject to approval by the court, Interim Capital LLC, subsitutes, Lance W. Johns, Esq., of Johns & Associates, Nevada State Bar Number 7390, as counsel of record in place of Michael Stein, Esq., of Snell & Wilmer.

Contact information for new counsel is as follows:

Johns & Associates
516 S. 6th Street, Suite 100
Las Vegas, NV 89101
Phone: (702) 550-4000
Fax: (702) 550-4001

JOHNS & DURRANT LLP
316 E. Bridger Ave., Second Floor
Las Vegas, NV 89101
(702) 832-5000 – Facsimile (702) 834-5001

1   I consent to the above substitution.

2       Dated ____ day of June, 2014.

3                                   INTERIM CAPITAL, LLC

4

5                                   DANIEL SISK

6   I consent to being substituted.

7       Dated ____ day of June, 2014.

8

9                                   SNELL & WILMER L.L.P.

10

11

12                                  MICHAEL STEIN, ESQ.
                                    Nevada Bar No. 4760
13                                  Snell & Wilmer L.L.P.
                                    3883 Howard Hughes Parkway, Suite 1100
14                                  Las Vegas, NV 89169
                                    Attorneys for Plaintiff
15

16  I consent to the above substitution.

17      Dated ____ day of June, 2014

18

19                                  JOHNS & ASSOCIATES

20

21                                  LANCE W. JOHNS, ESQ.
                                    Nevada Bar No. 7390
22                                  Johns & Associates
                                    516 S. 6th Street, Suite 100
23                                  Las Vegas, NV 89101

24  The substitution is hereby approved and so ORDERED.

25      Dated __24th__ day of June, 2014.

26

27

28                                  UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                              Magistrate

                            Page 2 of 2

JOHNS & DURRANT LLP
316 E. Bridger Ave., Second Floor
Las Vegas, NV 89101
(702) 834-5000 – Facsimile (702) 834-5001