Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile: (702) 784-5252
E-mail: kdove@swlaw.com

*Former Attorney for Plaintiff INTERIM CAPITAL LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIM CAPITAL LLC, <br><br> Plaintiff-Appellee, <br><br> vs. <br><br> THE HERR LAW GROUP, LTD.; et al., <br><br> Defendants, <br> and <br><br> DAVID C. AMESBURY, INC.; et al., <br><br> Defendants-Appellants. | No. 11-17804 <br><br> D.C. No. 2:09-cv-01606-KJD-VCF <br> District Court of Nevada, Las Vegas <br><br><br> **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Kelly H. Dove, Esq. ("Counsel") brings this Motion to Remove Counsel from the CM/ECF Service List ("Motion") in the above-referenced proceeding.

On June 26, 2014, Lance W. Johns, Esq. of Johns & Associates, filed Consent Order Granting Substitution of Attorney [ECF No. 126] in Case No. 2:09-cv-1606 indicating representation of Interim Capital, LLC ("Interim"). Representation of Interim in this case has concluded and, therefore, it is no longer necessary that Counsel receive CM/ECF notices or mailings in the above-referenced case.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

Counsel hereby requests that they and Snell & Wilmer L.L.P. be removed from the CM/ECF Service List in Case No. 2:09-cv-1606.

DATED this 2nd day of April, 2019.

        SNELL & WILMER L.L.P.

/s/ *Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Former Attorney for Plaintiff Interim Capital LLC*

**ORDER**

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that the Clerk of District Court shall remove Kelly H. Dove, Esq. from the CM/ECF Service List in Case No. 2:09-cv-1606

**IT IS SO ORDERED.**

U.S. Magistrate Judge
April 9, 2019

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/ Kelly. H. Dove
Kelly H. Dove, Esq.
Nevada Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Former Attorney for Plaintiff Interim Capital LLC*

# CERTIFICATE OF SERVICE

I hereby certify I electronically filed **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** with the clerk of the Court for the United States District Court of Nevada by using the appellate CM/ECF system on April 2, 2019. I certify that service will be accomplished by the appellate CM/ECF system to all registered participants.

DATED this 2nd day of April, 2019.

/s/ *Tonya Binns*
An employee of Snell & Wilmer L.L.P.

4832-6425-8448.1